David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
ROBIN BEAUPRE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBIN BEAUPRE, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIED COLLECTION SERVICES, INC., <br><br> Defendant(s). | Case No.: **2:16-cv-02861-APG-PAL** <br><br> **NOTICE OF SETTLEMENT BETWEEN ROBIN BEAUPRE AND <u>ALLIED COLLECTION SERVICES, INC</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between ROBIN BEAUPRE ("Plaintiff") and Defendant ALLIED COLLECTION SERVICES, INC ("ALLIED COLLECTION") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against ALLIED COLLECTION, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to ALLIED COLLECTION be

vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to ALLIED COLLECTION.

Dated: May 18, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***ROBIN BEAUPRE***

**IT IS ORDERED** that the settling parties shall have until **July 17, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: May 19, 2017

Peggy A. Leen
United States Magistrate Judge